# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128736

THOMAS M. SHOAFF,
        Plaintiff-Appellee,

v

GARY D. BALDWIN, former Personal
Representative of the Estate of Duane V.
Baldwin; MARY JO BALDWIN, former
Co-Trustee of the Duane V. Baldwin Trust,
JACOBS MANAGEMENT, L.L.C., FFM CO.,
INC., DGM CORP., AGRICON, INC.,
STOCKBRIDGE LIMITED PARTNERSHIP #1;
STOCKBRIDGE LIMITED PARTNERSHIP #2;
STOCKBRIDGE LIMITED PARTNERSHIP #3;
STOCKBRIDGE LIMITED PARTNERSHIP #4;
and STOCKBRIDGE LIMITED PARTNERSHIP #5,
        Defendants-Cross-
        Plaintiffs-Counter Plaintiffs,

and

THOMAS E. WOODS, as successor Personal
Representative of the Estate of Duane V. Baldwin
and as successor Trustee of the Duane V. Baldwin
Trust,
        Defendants-Appellants,

and

BALDWIN SOD FARMS and MARK BALDWIN,
        Cross-Defendants.
_____/

SC: 128736
COA: 255460
Ingham CC: 99-090282-CZ

        On order of the Court, the application for leave to appeal the February 3, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

d1219